IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**PENSIONS FUND and EMPLOYERS &**
**CEMENT MASONS #90 HEALTH &**
**WELFARE FUND,**

    **Plaintiffs,**

**JIM REAGEN d/b/a J.M. REAGEN**
**Concrete,**

    **Defendant.**          Case No.  05-cv-332 DRH

## ORDER

**HERNDON, District Judge:**

    Upon Motion of the Defendant to Continue the Hearing to Prove Up Damages (Doc. 37) and, plaintiff having no objection to said motion, and good cause having been shown in the premises, the Court **GRANTS** Defendant's Motion (Doc. 37).  Said hearing is rescheduled for **August 24, 2007 at 9:30 a.m.**

    **IT IS SO ORDERED**.

    Signed this 30th day of July, 2007.

                                                  /s/        David   RHerndon
                                                  **United States District Judge**