# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASON #90**
**PENSION FUND and EMPLOYERS &**
**CEMENT MASONS #90 HEALTH &**
**WELFARE FUND,**

        **Plaintiffs,**

**v.**                              **CIVIL NO. 05-CV-332 DRH**

**JIM REAGAN d/b/a JIM REAGAN**
**CONCRETE,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

        **DECISION BY COURT.** This action came to hearing before the Court on the parties stipulation..

        **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendants in the sum of $5,796.60 for attorney's fees, $8,630.92 for delinquent fringe benefit contributions for the period of 2002 through 2004, and $863.09 in liquidated damages.


                                          **NORBERT G. JAWORSKI, CLERK**

December 21, 2007                    BY:   /s/Patricia Brown
                                               Deputy Clerk

APPROVED: /s/    *David R Herndon*
               **CHIEF JUDGE**
               **U.S. DISTRICT COURT**