IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90
PENSIONS FUND and EMPLOYERS &
CEMENT MASONS #90 HEALTH &
WELFARE FUND,**

    **Plaintiffs,**

**JIM REAGEN d/b/a J.M. REAGEN
Concrete,**

    **Defendant.**                         Case No. 05-cv-332 DRH

## ORDER

**HERNDON, Chief Judge:**

    On April 11, 2008, Defendant James Reagen informed the Court that he had commenced a Chapter 7 bankruptcy action in the United States Bankruptcy Court, for the Southern District of Illinois. (Doc. 48.) Pursuant to the automatic stay provision of **11 U.S.C. § 362(a)** of the Bankruptcy Code, this action is **STAYED**. The parties shall inform the Court once the bankruptcy proceedings are completed.

    **IT IS SO ORDERED**.

    Signed this 14th day of April, 2008.

                                                  /s/     David R Herndon

                                                  **Chief Judge
United States District Court**